# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONTE LOFTON,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 79557

FILED

SEP 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction and an amended judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on June 1, 2018, and the amended judgment of conviction on November 15, 2018. Appellant did not file the notice of appeal, however, until September 3, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-40573

cc: Hon. Michael Villani, District Judge
Donte Lofton
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Waleed Zaman

SUPREME COURT
OF
NEVADA

(O) 1947A

2